## 15870. MOORE *v.* DeKALB SUPPLY COMPANY.

STEPHENS, J. The judgment of reversal heretofore rendered by this court in this case (34 *Ga. App.* 375, 129 S. E. 899) having been reversed by the Supreme Court on certiorari (162 *Ga.* 758, 134 S. E. 620), the opinion rendered by this court in reversing the judgment of the court below is hereby withdrawn, and the ruling of the Supreme Court is hereby applied.

         *Judgment affirmed. Jenkins, P. J., and Bell, J., concur.*

         DECIDED OCTOBER 29, 1926.

Action for damages; from city court of Decatur—Judge Daley. June 17, 1924.

*Alston, Alston, Foster & Moise, W. G. Shearer, W. H. Sibley,* for plaintiff.

*Joseph E. Berman, Ralph G. Sims,* for defendant.

Appeal and Error, 4 C. J. p. 1247, n. 33 New.

---

## 15942. SHEFFIELD *v.* ATLANTIC REFINING COMPANY.

STEPHENS, J. The judgment of reversal heretofore rendered by this court in this case (34 *Ga. App.* 303, 129 S. E. 667) having been reversed by the Supreme Court on certiorari (162 *Ga.* 656, 134 S. E. 761), the opinion rendered by this court in reversing the judgment of the court below is hereby withdrawn, and the rulings announced by the Supreme Court in its opinion are hereby applied.

         *Judgment affirmed. Jenkins, P. J., and Bell, J., concur.*

         DECIDED OCTOBER 29, 1926.

Appeal; from Glynn superior court—Judge Highsmith. August 27, 1924.

*Farr & Powell,* for plaintiff.

*Bennet, Twitty & Reese,* for defendant.

Appeal and Error, 4 C. J. p. 1247, n. 33 New.